UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA

     - against -

DAVID HIGHTOWER

           Defendant.

----------------------------------------X

**REMAND ORDER**

16 Cr. 505 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


    **WHEREAS** on April 16, 2026, defendant appeared before the Court for a VOSR hearing; it is hereby

    **ORDERED** that defendant is remanded to the custody of the United States Marshal Service.


DATED:    New York, New York
           April 16, 2026

                                  NAOMI REICE BUCHWALD
                                  UNITED STATES DISTRICT JUDGE